FILED

2003 JUN 20 P 3: 4

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK ANTHONY ROBINSON
    Petitioner/Plaintiff

CASE NO: 3:02CV1635(CFD)

VS.

GARY COTE, DISTRICT DIRECTOR,
IMMIGRATION AND NATURALIZATION
HARTFORD, CONNECTICUT DISTRICT
JOHN ASHCROFT, U.S. ATTORNEY GENERAL:
    Respondents/Defendants

June 20, 2003

### PETITIONERS MOTION FOR CONSOLIDATION OF CASES

The Petitioner hereby moves for the Court to consolidate this pending case with Petitioner's pending Petition for Review, Case No.: 3:03CV791(CFD). Both cases involve the same parties, same facts and legal issues in dispute.

Counsel for the Petitioner telephoned Counsel for the Respondents to determine whether or not the Respondents were in opposition to the filing of this motion. Attorney Nash was not in the office as per the office Receptionist for the U.S. Attorney's New Haven Office.

June 20, 2003,

Respectfully submitted,
Mark Anthony Robinson
By His Attorney,

By: Tanya T. Dorman, Esq.
DelCastillo & Associates
255 Main Street, Suite 2
Hartford, CT 06106
Federal Bar No.# Ct24569

GRANTED, absent objection. The cases are consolidated for pretrial purposes. So ordered.

Christopher F. Droney
United States District Judge
12/9/03

*DelCastillo & Associates -- Attorneys at Law - Federal Bar No. 12448*
*255 Main Street - #2 Hartford, CT 06106-1896 - Phone (860)527-8886 Fax (860)527-0234*