UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK ANTHONY ROBINSON,
    Plaintiff,

v.

                                      Civil Action No. 3:02CV1635(CFD)

GARY COTE, DISTRICT DIRECTOR,
IMMIGRATION and
NATURALIZATION, HARTFORD,
CONNECTICUT DISTRICT, et al.
    Defendants.
-----------------------------------------------------------x

MARK ANTHONY ROBINSON
    Plaintiffs,

v.

                                      Civil Action No. 3:03CV791 (CFD)

JOHN ASHCROFT, U.S. ATTORNEY
GENERAL, et al.
    Respondants.

## ORDER

The above captioned cases were ordered consolidated for pretrial purposes on December 9, 2003. See Doc. # 31, 3:02cv1635. Pending is the Respondents' Motion to Dismiss [Doc. # 18, 3:02cv1635]. The Court will hold a hearing on the motion on **April 15, 2004** at **4:00 p.m.**, Courtroom Two, 450 Main Street, Hartford, Connecticut.

The docket sheet also reflects that there is a pending "Motion for Miscellaneous Relief" in the later filed case. See Doc. #1, 3:03cv791. However, a review of that document indicates that it is a petition for review and therefore should not have been docketed as a motion. Therefore, the clerk is hereby ordered to TERMINATE the pending "Motion for Miscellaneous Relief" [Doc. #1, 3:03cv791].

SO ORDERED this 31st day of March, 2004, at Hartford, Connecticut.

_____
**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**