CT/cvmhrg (October 17, 2001)

HONORABLE Droney
DEPUTY CLERK Dew    RPTR/ERO/TAPE Marshall

TOTAL TIME: ___ hours  10  minutes

DATE 4-22-04    START TIME 3:50    END TIME 4:00
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

Robinson
vs.
Cole

CIVIL NO. 02CV1635 CFD

§
§
§
§
§

_____
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Nash
_____
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

- [x] (mhrgh) Motion Hearing
- [ ] (contmphrg.) Contempt Hearing
- [ ] (pchrg.) Probable Cause Hearing
- [ ] (mischrg.) Miscelaneous Hearing
- [ ] (confmhrg.) Confirmation Hearing
- [ ] (evidhrg.) Evidentiary Hearing
- [ ] (fairhrg.) Fairness Hearing
- [ ] (showhrg.) Show Cause Hearing
- [ ] (jgmdbexam.) Judgment Debtor Exam
- [ ] (stlmthrg.) Settlement Hearing

MOTION DOCUMENT NO.

- [x] #18 — Motion **to Dismiss** — ☐ granted ☐ denied [x] advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- [ ] # — Motion _____ — ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ — ☐ granted ☐ denied ☐ advisement
- Oral Motion _____ — ☐ granted ☐ denied ☐ advisement

☐ Brief(s) due ___    ☐ Proposed Findings due ___    Response due ___

☐ filed ☐ docketed (×10)

___ Hearing continued until ___ at ___