## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK ANTHONY ROBINSON, | : | |
|     Petitioner, | : | |
| | : | Civil Action No. 3:02CV1635(CFD) |
| v. | : | |
| | : | |
| GARY COTE, DISTRICT DIRECTOR, | : | |
| IMMIGRATION AND | : | |
| NATURALIZATION, HARTFORD, | : | |
| CONNECTICUT, et al. | : | |
|     Respondents. | : | |

-----------------------------------------------------------x

| | | |
|---|---|---|
| MARK ANTHONY ROBINSON, | : | |
|     Petitioner, | : | |
| v. | : | |
| | : | Civil Action No. 3:03CV791(CFD) |
| JOHN ASHCROFT, U.S. ATTORNEY | : | |
| GENERAL, et al., | : | |
|     Respondents. | : | |

-----------------------------------------------------------x

### RULING ON RESPONDENTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The above captioned actions are hereby consolidated for all pretrial purposes. Pending is the respondents' Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc. # 18, 02cv1635]. The motion is DENIED as the Court finds that there are genuine issues of material fact regarding whether the petitioner can demonstrate that he was a person of good moral character as required by 8 U.S.C. § 1427.

These actions are REMANDED to the Immigration and Naturalization Service and the clerk is directed to CLOSE these cases. However, the petitioner may reopen the cases by filing a notice 120 days after the date of this order. The petitioner may file an amended Application for Naturalization within 30 days of the date of this order and the Immigration and Naturalization

Service is ordered to rule on the merits of the petitioner's amended application within 90 days after receiving it.

SO ORDERED this __23rd__ day of April 2004, at Hartford, Connecticut.

                                                  /s/ CFD
                                           **CHRISTOPHER F. DRONEY**
                                           **UNITED STATES DISTRICT JUDGE**