FILED

UNITED STATES DISTRICT COURT

2004 APR 30 P 2: 12

DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
HARTFORD, CT.

MARK ANTHONY ROBINSON
          Petitioner,

v.                                            CASE NO. 3:02CV1635 (CFD)

GARY COTE, District Director
IMMIGRATION and NATURALIZATION SVC
          Respondent
-----------------------------------------------------------
MARK ANTHONY ROBINSON
          Petitioner,
          v.                                         CASE NO. 3:03CV791 (CFD)

JOHN ASHCROFT, U.S. ATTORNEY
GENERAL
          Respondent

JUDGMENT

This action having come on for consideration of the respondents' Motion to Dismiss, or in the Alternative, for Summary Judgment before the Honorable Christopher F. Droney, United States District Judge and,

The Court having considered the full record of the case including all applicable principles of law and, having filed its Ruling denying the motion and remanding the case to the Immigration and Naturalization Service; it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the petition and remanding these cases to the Immigration and

Naturalization Service.

    Dated at Hartford, Connecticut, this 30th day of April, 2004.

                          KEVIN F. ROWE, Clerk

                          By _____
                              Devorah Johnson
                              Deputy Clerk

EOD _____