FILED

2004 AUG 20  P 1: 43

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK ANTHONY ROBINSON<br>    Petitioner/Plaintiff | CASE NO: 3:02CV1635(CFD)<br>CASE NO" 3:03CV791(CFD) |
| VS. | |
| GARY COTE, DISTRICT DIRECTOR,<br>IMMIGRATION AND NATURALIZATION<br>HARTFORD, CONNECTICUT DISTRICT<br>JOHN ASHCROFT, U.S. ATTORNEY GENERAL:<br>    Respondents/Defendants | August 20, 2004 |

**MOTION TO REOPEN
AND IN THE ALTERNATIVE REQUEST FOR EXTENSION OF TIME FOR THE
RESPONDENTS TO ADJUDICATE THE PETITIONER'S APPLICATION FOR
NATURALIZATION WITHIN 30 DAYS FROM THE DATE OF FILING THIS
MOTION TO REOPEN.**

On April 23, 2004, Hon. Judge Droney entered an order concerning the above-captioned matter, which provided that Mr. Robinson's application for naturalization was remanded to the Immigration and Citizenship Service for adjudication. Mr. Robinson was instructed to file an amended application within 30 days from the date of the order. On May 17, 2004, Mr. Robinson submitted his amended application for naturalization to the Respondents.

According to Judge Droney's Order, the Immigration Service was to adjudicate the application within 90 days of receiving it. It has been over 90 days and the Immigration Service has

FEDnatzRobinsonext2mtron400

not made a decision on the matter. On August 10, 2004, Mr. Robinson was interviewed by the Citizenship Service Officer. A decision has not been made since the date of the interview.

As per the Judge Droney's order, in the event that the Service does not issue a decision within the time allotted by the Judge, the Petitioner is given 120 days from the date of the order to file a motion to reopen with the court. The order was dated April 23, 2004. Therefore, the expiration date will be August 22, 2001, which falls on Sunday.

In order to preserve Mr. Robinson's right to judicial review of his application for naturalization, we hereby submit this motion to reopen. We request that the Judge reviews Mr. Robinson's naturalization application de novo. In the alternative, we respectfully request that the Judge allows the Respondents an extension of time for 30 days so that the Citizenship Service can issue a decision on the matter.

Counsel for the Petitioner has consulted with Counsel for the Respondents and the Respondents have no objection to an extension of time for an additional 30 days to enter a decision on the application.

August 20, 2004

Respectfully submitted,
Mark Anthony Robinson

By: Tanya T. Dorman, Esq.
DelCastillo & Associates
255 Main Street, Suite 2
Hartford, CT 06106
His Attorney

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed by certified mail return receipt requested to Lauren Nash, Esq. Assistant U.S. Attorney, P.O. Box 1824, New Haven, CT 06508.

August 20, 2004

_____
Tanya T. Dorman Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK ANTHONY ROBINSON,
    Petitioner,

v.

GARY COTE, DISTRICT DIRECTOR,
IMMIGRATION AND
NATURALIZATION, HARTFORD,
CONNECTICUT, et al.
    Respondents.

Civil Action No. 3:02CV1635(CFD)

----------------------------------------x

MARK ANTHONY ROBINSON,
    Petitioner,

v.

JOHN ASHCROFT, U.S. ATTORNEY
GENERAL, et al.,
    Respondents.

Civil Action No. 3:03CV791(CFD)

----------------------------------------x

## RULING ON RESPONDENTS' MOTION TO DISMISS, OR IN THE ALTERNATIVE FOR SUMMARY JUDGMENT

The above captioned actions are hereby consolidated for all pretrial purposes. Pending is the respondents' Motion to Dismiss, or in the Alternative, for Summary Judgment [Doc. # 18, 02cv1635]. The motion is DENIED as the Court finds that there are genuine issues of material fact regarding whether the petitioner can demonstrate that he was a person of good moral character as required by 8 U.S.C. § 1427.

These actions are REMANDED to the Immigration and Naturalization Service and the clerk is directed to CLOSE these cases. However, the petitioner may reopen the cases by filing a notice 120 days after the date of this order. The petitioner may file an amended Application for Naturalization within 30 days of the date of this order and the Immigration and Naturalization

Service is ordered to rule on the merits of the petitioner's amended application within 90 days after receiving it.

SO ORDERED this __23rd__ day of April 2004, at Hartford, Connecticut.

                                                /s/ CFD
                                                **CHRISTOPHER F. DRONEY**
                                                **UNITED STATES DISTRICT JUDGE**