UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK ANTHONY ROBINSON,
    Plaintiff,

v.

    Civil Action No. 3:02CV1635 (CFD)

GARY COTE, DISTRICT DIRECTOR,
IMMIGRATION and
NATURALIZATION, HARTFORD,
CONNECTICUT DISTRICT, et al.
    Defendants.

## ORDER

The petitioner, Mark Anthony Robinson ("Robinson"), brought an action in this Court challenging the denial of his N-400 Application for Naturalization ("application") by the Immigration and Naturalization Service ("INS"). By order dated April 23, 2004, this Court denied the respondents' Motion to Dismiss or in the Alternative for Summary Judgment, and remanded the case back to the Immigration and Naturalization Service ("INS"). [See Doc. #35] This Court granted Robinson thirty days to file an amended application, and granted the INS an additional 90 days to rule on the merits of his application. In addition, this Court stated that Robinson could reopen the instant case by filing a notice 120 days from the April 23, 2004 ruling. [See Doc. #35].

On May 17, 2004, Robinson filed his amended application. On August 20, 2004, Robinson filed a Motion to Reopen and in the Alternative Request for Extension of Time for the Respondents to Adjudicate the Petitioner's Application Within Thirty Days, claiming that the INS had failed to rule on his application within the 90 day period. **[Doc. # 36]** Robinson's motion requests that this Court reopen his case or grant the respondents an additional thirty days to rule on the merits of his application. The motion indicates that the respondents have no

objection to a thirty day extension of time. Consequently, the Court **GRANTS** the respondents an additional thirty days to enter a decision on Robinson's application **[Doc. # 36]**. If, after the passage of thirty days, the INS has failed to rule on the merits of Robinson's application, the motion to reopen may be granted.

SO ORDERED this 7th day of October, 2004, at Hartford, Connecticut.

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**