UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MARK ANTHONY ROBINSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:02CV1635 (CFD) |
| | : | Civil No. 3:03CV791 (CFD) |
| GARY COTE, DISTRICT DIRECTOR, | : | |
| IMMIGRATION AND NATURALIZATION, | : | |
| HARTFORD, CONNECTICUT DISTRICT, and | : | |
| JOHN ASHCROFT, UNITED STATES | : | |
| ATTORNEY GENERAL, | : | |
| | : | |
| Defendants. | : | December 3, 2004 |

**INITIAL MOTION FOR EXTENSION OF TIME**

Pursuant to Local Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendants, Gary Cote, District Director, Immigration and Naturalization, Hartford, Connecticut District, and John Ashcroft, United States Attorney General, hereby respectfully request that this Court grant an initial motion for extension of time to file a memorandum in response to Plaintiff's Motion to Reopen and Motion for Judgment on Petition for Review. Defendants' response is due on December 3, 2004. Defendants seek an extension of 7 days, until December 10, 2004.

Defendants seek this extension because the issues in this case should soon be mooted. Undersigned counsel has been advised that INS has recommended to grant Mr. Robinson's petition for naturalization and that this decision will be final upon the Federal Bureau of Investigation in Washington, D.C. concluding its background check on Mr. Robinson. It is the understanding of the undersigned that this final approval will likely occur in the very near future.

It is therefore requested that the government be granted an additional week before responding to the plaintiff's moving papers.

This is the first motion to extend this time limitation. Counsel for the Plaintiff has no objection to the extension sought.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

_____
WILLIAM A. COLLIER (ct00986)
ASSISTANT U.S. ATTORNEY

–for–

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct01705

CERTIFICATION

This is to certify that a copy of the within and foregoing Initial Motion for Extension of Time has been mailed, postage prepaid, on this 3rd day of December, 2004, to:

Jose L. DelCastillo, Esq.
Tanya T. Dorman, Esq.
DelCastillo & Associates
255 Main Street, Suite 2
Hartford, CT  06106

_____
WILLIAM A. COLLIER
ASSISTANT U.S. ATTORNEY