UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
MARK ANTHONY ROBINSON            )
    Petitioner            )    Civil No. 3:02CV1635 (CFD)
                                 )    Civil No. 03:03CV791 (CFD)
-v-            )
JOHN ASHCROFT, ATTY GENERAL      )
OF THE UNITED STATES, et al      )
    Respondents            )
_____

**STIPULATION AND WITHDRAWAL ORDER OF DECLATORY JUDGMENT**

The parties hereby stipulate and agree that the above – captioned Declatory Judgment shall be, and hereby is dismissed with prejudice pursuant to Rule 16(b) of the Local Rules of Civil Procedure without costs or attorney's fees to either party.

Dated:       Hartford, CT
                March ____, 2005          _____
                                                 JOSE L. DELCASTILLO
                                                 DelCastillo & Associates
                                                 Attorney for Petitioner
                                                 255 Main Street, 2nd Floor
                                                 Hartford, Connecticut 06106 – 1896
                                                 (860) 527-8886 ext. 104

Dated:       New Haven, CT
                March ____, 2005          _____
                                                 LAUREN M. NASH
                                                 U.S. Attorney's Office
                                                 157 Church Street, 23rd Floor
                                                 New Haven, CT 06510
                                                 (203) 821-3700

SO ORDERED:

_____